UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD JOHNSON, | No. 2:23-cv-00214 DB P |
| Plaintiff, | |
| v. | ORDER |
| YOUNG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, proceeds without counsel and seeks relief under 42 U.S.C. § 1983. Plaintiff proceeds on retaliation claims under the First Amendment against defendants Young and O'Boyle an excessive force claim under the Eighth Amendment against defendant Young. (ECF No. 1, Complaint.) This matter was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On October 24, 2023, the court stayed this case for the purpose of holding a settlement conference in accord with the court's post-screening ADR project. A settlement conference was held on June 5, 2024. The case did not settle.

////

////

////

1

For the reasons set forth above, IT IS NOW ORDERED as follows:

1. The stay of this case for post-screening ADR purposes is lifted.

2. Defendants shall file a response to the complaint within 30 days.

Dated: June 10, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
john0214.answ

2